UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROMAR SALES CORP., and DIANE G. KRANZ, executor of the estate of David Geller, <br>   Plaintiffs, <br><br>-v- <br><br>STEPHEN S. SEDDON, SHELLY PAXSON, and DORIS J. KUNKLE, co-trustees of the Ellis Seddon Trust dated December 17, 1993, <br>   Defendants, <br><br>and <br><br>ELLIS SEDDON ENTERPRISES, INC., <br>   Nominal Defendant. | No. 1:12-cv-838 <br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed all claims against the named defendants, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiffs Romar Sales Corp. and Diane G. Kranz.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 29, 2013           /s/ Paul L. Maloney
                      Paul L. Maloney
                      Chief United States District Judge