UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMAR SALES CORP., and )
DIANE G. KRANZ, executor of the estate of )
David Geller, )
      Plaintiffs, )
 )
-v- )
 ) No. 1:12-cv-838
STEPHEN S. SEDDON, SHELLY PAXSON, and )
DORIS J. KUNKLE, co-trustees of the Ellis ) HONORABLE PAUL L. MALONEY
Seddon Trust dated December 17, 1993, )
      Defendants, )
 )
and )
 )
ELLIS SEDDON ENTERPRISES, INC., )
      Nominal Defendant. )
_____)

## JUDGMENT

Having dismissed all claims against the named defendants, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiffs Romar Sales Corp. and Diane G. Kranz.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:  May 29, 2013                             /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge